IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: May 12, 2010 |
| AXEL GOMEZ, a/k/a "Tyson" | : : | VIOLATIONS: 21 U.S.C. § 841(a)(1) (distribution of heroin - 1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 28, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AXEL GOMEZ,
a/k/a "Tyson,"**

knowingly and intentionally distributed approximately 46.7 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**A TRUE BILL:**


_____FOREPERSON


_____
**ZANE DAVID MEMEGER**
**United States Attorney**