IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| of AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| AXEL GOMEZ | : | No. 10-321 |

## ORDER

**AND NOW**, this   5th   day of September, 2012, upon consideration of Defendant's Motion to Suppress Evidence (Docket No. 77) and the Government's opposition thereto (Docket No. 79), and following a hearing on August 29, 2012, it is hereby **ORDERED** that Defendant's Motion (Docket No. 77) is **DENIED**.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE