IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| AXEL GOMEZ | : | NO. 10-321-1 |

## ORDER

BEFORE THE HONORABLE GENE E.K. PRATTER

    **AND NOW,** this 10th day of October, 2012, it is

    **ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch for 12 jurors engaged in the above entitled case.

    BY THE COURT:

    ATTEST: _/s/ Michael Coyle_
                Michael Coyle
                Deputy Clerk

cc:    Fiscal Section (2)

Civ 3(a) (5/89)
lunch.frm